AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL MORRIS,**

        **Petitioner,**

                                     **JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL SHEETS, Warden,**        **CASE NO.  C2-09-0287**
                                       **JUDGE EDMUND A. SARGUS, JR.**
        **Respondent.**        **MAGISTRATE JUDGE NORAH MCCANN KING**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

🗵     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the OPINION AND ORDER filed October 14, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 14, 2010                 JAMES BONINI, CLERK

                                 */S/ Andy F. Quisumbing*_____
                                 (By) Andy F. Quisumbing
                                   Courtroom Deputy Clerk